**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      Jerry Valdez v. Progressive County Mutual Insurance
                          Company and Robert Stratton

Appellate case number:    01-14-00546-CV

Trial court case number:  2013-CI-14065

Trial court:              57th District Court of Bexar County

On January 15, 2015, the Court granted the appellees' motion to dismiss this appeal for want of prosecution for appellant's failure to timely file an amended brief that complied with the Texas Rules of Appellate Procedure. On January 30, 2015, the appellant, Jerry Valdez, through counsel, filed his amended brief, but failed to file a motion for rehearing and for an extension of time. On February 24, 2015, we issued an order directing the appellant, within 10 days of that order, to file a motion for rehearing seeking reinstatement of his appeal and a motion for an extension of time, or else his amended brief would be stricken. *See* TEX. R. APP. P. 38.9(a), 42.3(c). Appellant failed to timely file either motion.

Accordingly, because appellant failed to timely file a motion for rehearing and for an extension of time, **the Court strikes appellant's amended brief filed on January 30, 2015.** *See* TEX. R. APP. P. 38.9(a).

It is so ORDERED.

Judge's signature:    /s/ Evelyn V. Keyes
                      ☒ Acting individually

Date:  March 26, 2015